NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN TRUCKING ASSOCIATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, *ET AL.*<br><br>Defendants. | Case No. CV 08-04920 CAS (CTx)<br><br>**FINAL JUDGMENT**<br><br>Trial: April 20, 2010<br>Time: 9:30 a.m.<br>Courtroom: 5<br><br>Hon. Christina A. Snyder |

This case came on for trial before the Hon. Christina A. Snyder on April 20, 2010. Robert Digges, Jr. of the ATA Litigation Center, Christopher McNatt, Jr. of Scopelitis, Garvin, Light, Hanson & Feary, LLP, and Seth Greenstein of Constantine Cannon LLP appeared on behalf of plaintiff American Trucking Associations, Inc. Steven Rosenthal, Alan Palmer, and Susanna Chu of Kaye Scholer LLP, Thomas Russell, General Counsel of the Port of Los Angeles, and Simon Kann of the Los Angeles City Attorney's Office appeared as counsel on behalf of defendants the City of Los Angeles, the Harbor Department of the City of Los Angeles, and the Board of Harbor Commissioners of the City of Los Angeles. Melissa Lin Perrella and David Pettit, Natural Resources Defense Council, represented Defendants-Intervenors Natural Resources Defense Council, Sierra Club and Coalition for Clean Air.

After taking the testimony of witnesses and considering the exhibits presented by the parties at trial and the entire record in this matter, the Court hereby renders its final judgment in this case. The reasons supporting the Court's judgment are set forth in the Findings of Fact and Conclusions of Law issued by the Court on August 26, 2010.

Thus, it is hereby ORDERED AND ADJUDGED as follows:

1. Judgment is entered in favor of defendants the City of Los Angeles, the Harbor Department of the City of Los Angeles, and the Board of Harbor Commissioners of the City of Los Angeles and defendants-intervenors Natural Resources Defense Council, Sierra Club and Coalition for Clean Air (collectively "defendants").

2. Plaintiff American Trucking Associations, Inc. shall take nothing as a result of any of the first, second and third claims for relief in this action, and this action is hereby dismissed on the merits.

3. The preliminary injunction entered by the Court on April 28, 2009 is dissolved.

4. Defendants shall recover their costs of suit.

IT IS SO ORDERED.

Dated: September 10, 2010   _____
　　　　　　　　　　　　　　　　　Hon. Christina A. Snyder
　　　　　　　　　　　　　　　　　United States District Judge

Dated: August 31, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ Steven S. Rosenthal | /s/ David Pettit |
| Steven S. Rosenthal (SBN 109739) | Melissa Lin Perrella |
| srosenthal@kayescholer.com | David Pettit |
| Alan K. Palmer (*pro hac vice*) | Natural Resources Defense Council |
| apalmer@kayescholer.com | 1314 2nd Street |
| David L. Cousineau (*pro hac vice*) | Santa Monica, CA 90401 |
| dcousineau@kayescholer.com | Tel: (310) 434-2300 |
| Susanna Y. Chu (*pro hac vice*) | |
| schu@kayescholer.com | *Counsel for Defendants-Intervenors* |
| KAYE SCHOLER LLP | *Natural Resources* |
| 901 Fifteenth Street, NW | *Defense Council, Inc., Sierra Club,* |
| Washington, DC 20005 | *and Coalition for* |
| Tel: 202-682-3500; Fax: 202-682-3680 | *Clean Air, Inc.* |

Carmen A. Trutanich
    City Attorney
Thomas A. Russell (SBN 108607)
    General Counsel
trussell@portla.org
Joy M. Crose (SBN 116011)
    Asst. General Counsel
jcrose@portla.org
Simon M. Kann (SBN 197907)
    Deputy City Attorney
skann@portla.org
LA CITY ATTORNEY'S OFFICE
425 South Palos Verdes Street
San Pedro, California 90731
Tel: 310-732-3750; Fax: 310-831-9778

*Counsel for the City of Los Angeles,*
*the Harbor Department of the City of*
*Los Angeles, and the Board of Harbor*
*Commissioners of the City of*
*Los Angeles*

Approved as to Form:

Dated: _____

                                                                                     _____
Christopher C. McNatt, Jr.
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
Tel: (626) 795-4700; Fax (626) 795-4790

W. Stephen Cannon (*pro hac vice*)
Seth D. Greenstein (*pro hac vice*)
Stephen S. Anderson, Jr. (*pro hac vice*)
Richard O. Levine (*pro hac vice*)
Evan P. Schultz (*pro hac vice*)
CONSTANTINE CANNON LLP
1301 K Street, NW., Suite 1050 E
Washington, DC 20005
Tel: (202) 204-3500; Fax: (202) 204-3501

Robert Digges (*pro hac vice*)
Chief Counsel, ATA Litigation Center
AMERICAN TRUCKING ASSOCIATIONS, INC.
950 North Glebe Road
Arlington, VA 22203
Telephone (703) 838-1889; Fax (703) 838-1705

*Counsel for Plaintiff,*
*American Trucking Associations, Inc.*



Kave Scholer llp

**Proof of Service**