Steven S. Rosenthal (State Bar No. 109739)
Email address: srosenthal@kayescholer.com
Alan K. Palmer (*pro hac vice*)
Email address: apalmer@kayescholer.com
Susanna Y. Chu (*pro hac vice*)
Email address: schu@kayescholer.com
KAYE SCHOLER LLP
901 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 682-3500; Fax: (202) 682-3680

Mike Feuer (State Bar No. 111529)
   City Attorney
Janna Sidley (State Bar No. 163642)
   General Counsel
   Email address: jsidley@portla.org
Joy M. Crose (State Bar No. 116011)
   Asst. General Counsel
   Email address: jcrose@portla.org
LA CITY ATTORNEY'S OFFICE
425 South Palos Verdes Street
San Pedro, California 90731
Telephone: (310) 732-3750; Fax: (310) 831-9778

Attorneys for the Los Angeles Defendants

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AMERICAN TRUCKING ASSOCIATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, *ET AL.* <br><br> Defendants. | Case No. 2:08-cv-04920-CAS-CT <br><br> Hon. Christina A. Snyder <br><br> **ORDER GRANTING PERMANENT INJUNCTION** |

On remand from the Ninth Circuit Court of Appeals, and consistent with the decisions of the Court of Appeals in Case No. 10-56465, and the United States Supreme Court in Case No. 11-798, it is hereby ordered and adjudged as follows:

1. The employee driver requirement, provision III(d) of the Port of Los Angeles concession agreement, as litigated in these proceedings, and previously enjoined by this Court pending appeal on October 25, 2010 (Dkt. No. 326), is hereby permanently enjoined;

2. The off-street parking requirement, provision III(f) of the Port of Los Angeles concession agreement, as litigated in these proceedings, is hereby permanently enjoined;

3. The placard requirement, provision III(l) of the Port of Los Angeles concession agreement, as litigated in these proceedings, is hereby permanently enjoined;

4. Plaintiff shall recover $2,685.69 in costs consistent with the judgment of the United States Supreme Court; and

5. The Court's final judgment awarding costs of suit to Defendants (Dkt. 309), and the Court's approvals of the Defendants' bills of costs (Dkt. 325, 327), are hereby vacated.

Dated: August 22, 2013

*Christina A. Snyder*
United States District Judge